UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
UNITED STATES OF AMERICA

| | |
|---|---|
| ELIZABETH J MARTIN, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Docket Number: 4:25-cv-000700-RWS |
| ) | |
| ) | |
| OCDC and JUDGE MARY RUSSELL ) | |
| ) | The Honorable Judge Maria A, Lanaham |
| Respondent. ) | |

## MOTION FOR RECUSAL OF JUDGE MARIA A. LANAHAM DUE TO PRIOR EMPLOYMENT CONFLICT WITH ATTORNEY GENERAL's OFFICE

Pro Se Appellant, Elizabeth J. Martin, respectfully files this motion requesting the recusal of newly reassigned Honorable Judge Maria A. Lanaham from previously assigned Honorable Judge W. Sippel in accordance eith 28 U.S.C section 144 and 28 U.S.C section 455. Judge Lanaham's immediate prior working history includes being the Deputy Solicitor for the Missouri Attorney General's Office, the Respondent's defense counsel in this case. Judge Lanaham worked at the Attorney General's office while the current case was being defended by the AG attorney Ms. Lisa Ward, therefore a significant ethical question arises as to Judge Maria A. Lanahan's potential bias due to her prior working relationship with the Attorney General whom are the defense counsel for respondents in this case and recusal is necessary and proper. Under 28 U.S.C section 455 (a) a judge must disqualify themselves in any proceeding in which their impartiality might reasonably be questioned. The appearance of impropriety given Judge Maria Lanahan's recent prior working history with the Attorney General's office and the Attorney General's office providing the defense attorney in this case underminer's appellant's confidence in the Judiciary. For these reasons appellant respectfully requests a new reassignment Judge from the Honorable Judge Sippel.

Further, Affiant sayeth not.

1

*[signature]*

Elizabeth J. Martin, JD/MHA
Appellant
13445 Woodstile Court
St. Louis, MO 63128
314-825-6300 (cell)

10/2/2025

CERTIFICATE OF SERVICE

I hereby certify that on 2nd fay of October, I have caused a true and correct copy of the foregoing to be emailed and uploaded into the PACER Portal and served upon all Parties.